No. 10–9681. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9682. MARTIN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–9760. RODRIGUEZ-CASTORENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9889. FLOYD v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 10–9911. LANDRUM v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9946. MOFFETT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–9973. WASHINGTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9996. WRIGHT v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10003. RAY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 10–10051. ALBAHRI v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–10060. CARDENAS-COVARRUBIAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10062. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10063. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–10090. SANCHEZ-ZARATE, AKA SANCHEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.